1  Adam B. Arnold (CA SBN 183837)
   Doan Law Firm, LLP
2  320 E 2nd Ave Ste 108
   Escondido, CA 92025
3  Phone (760) 746-4476 • Fax (760) 746-4436
   Adam@doanlaw.com
4

5  Attorney for Debtors, Robert V. Rocamora and Maria G. Rocamora

6  UNITED STATES BANKRUPTCY COURT

7  SOUTHERN DISTRICT OF CALIFORNIA

8
   In re                                          ) Declaration of Debtors in Support of
9       Robert V. Rocamora                        ) Motion to Value Collateral of
        Maria G. Rocamora                         ) Paramount Equity Mortgage, its
10                                                ) successors heirs, and/or assigns'
              Debtors.                            ) Second Trust Deed
11                                                )
                                                  ) Case No. 09-12245
12                                                )
                                                  ) Chapter 13
13  _____)

14       We, Robert V. Rocamora and Maria G. Rocamora ("Debtors") hereby declare that:

15       1.   We filed the instant Ch. 13 Bankruptcy Case to organize our debts.

16       2.   That we own the property located at 1224 Calle Fantasia, San Marcos, CA 92069

17            ("Property").

18       3.   The total amount of unavoidable liens on the property is approximately $379,518.72

19            pursuant to the Mortgage Statement dated July 13, 2009. The fair market value of

20            the property is $367,000.00.

21
                         $367,000.00 Fair Market Value
22                      -$379,518.72 BofA's 1st Deed
                          ($12,518.72)
23

24       4.   There is a second trust deed on the property with Paramount Equity Mortgage, its

25            successors, heirs, and/or assigns in the approximate amount of $109,465.19.

26  /././
27  /././
28  /././

5.      We determined the value of the Property at $367,000.00 based upon an appraisal we had done on the Property on April 19, 2009.

We declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief and that this declaration was executed on this 1st day of September, 2009.

Dated: September 1, 2009

/s/ Robert V. Rocamora
Debtor

/s/ Maria G. Rocamora
Joint Debtor