# TENTATIVE RULING

Case:      ROBERT V. & MARIA G. ROCAMORA

Number:    09-12245-JM13

Hearing:   10/20/09 - 3:00 p.m.

Motion:    Debtor's Motion for Valuation of Residence & Avoidance of Junior Trust
           Deed held by Bank of America Hme Loans/Paramount Equity Mortgage


Motion to Strip Junior Lien  **GRANTED**.  Pursuant to Sec. 506(a) Court finds junior lien holder's lien wholly unsecured by residence's value.  Pursuant to Sec. 1322(b) the lien is stripped off and claim treated as unsecured, contingent upon Ch. 13 plan confirmation, plan performance and entry of a discharge, if appropriate.

As this motion is unopposed, counsel is excused from attending this hearing and may submit an order forthwith.  Further, counsel is authorized to add the guideline fee for motions of this type to any request for fees in connection with plan confirmation.